**This order is SIGNED.**

**Dated: February 10, 2023**





**R. KIMBALL MOSIER**
U.S. Bankruptcy Judge

---

Darwin H. Bingham, #7810
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
Attorneys for America First Federal Credit Union
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Facsimile: (801) 326-4669
E-mail: dbingham@scalleyreading.net

---

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re: | CHAPTER 13 |
| --- | --- |
| | Bankruptcy Case No. 23-20349 |
| OFA MAKAUI, | |
| | Judge R. Kimball Mosier |
| Debtor. | |

ORDER PURSUANT TO 11 U.S.C.§ 362(c)(4)(A)(ii)
CONFIRMING THAT NO STAY IS IN EFFECT

---

The Court has reviewed the Request for Entry of Order Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii) Confirming That No Stay is in Effect filed by America First Federal Credit Union and based upon the representations contained therein and good cause appearing therefor, it is hereby

ORDERED that pursuant to 11 U.S.C. § 362(c)(4)(A)(ii) there is no automatic stay in effect in the Debtor's current bankruptcy case because the Debtor has had three (3) bankruptcy cases pending within the previous year.

-------------------------------------------------END OF DOCUMENT-------------------------------------------

DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER PURSUANT TO 11 U.S.C. § 362(C)(4)(A)(II) CONFIRMING THAT NO STAY IS IN EFFECT** shall be served to the parties and in the manner designated below:

**By Electric Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Darwin H. Bingham – dbingham@scalleyreading.net; cat@scalleyreading.net
- Lon Jenkins – ecfmail@ch13ut.org; lneebling@ch13ut.org
- Jared B. Pearson – jared@pearsonlawfirm.org
- United States Trustee – USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Ofa Makaui
6837 W. Bottlebush Ln.
West Jordan, UT 84081